UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                    Case Number 05-38882 JHW

Debtor: Kenneth & Theresa Farmer

| Check Number | Creditor | Amount |
|---|---|---|
| 1693950 | PHH Mortgage Corporation | 760.33 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 8, 2010